# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRANDI CRAWFORD-JOHNSON, ET AL.,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

    Case No. 1:20-cv-00842-JTN-SJB

    HON. JANET T. NEFF

GRAPHIC PACKAGING
INTERNATIONAL, LLC,

    Defendant.

## STIPULATION AND ORDER FOR EXTENSION TO FILE ANSWER

Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate that the time for Defendant to file its Answer to Plaintiffs' Complaint, be and hereby is extended as follows:

1. On July 7, 2023, the Court entered an Opinion and Order granting in part and denying in part Defendant's Motion to Dismiss Plaintiffs' Complaint. (ECF No. 65).

2. Pursuant to Fed. R. Civ. P. 12(a)(4)(A) and the Court's Opinion and Order, Defendant's Answer to the Complaint is due on or before July 21, 2023.

3. Defendant seeks a two week extension of time, up to and including August 4, 2023, to file Defendant's Answer to the Complaint. The extension is necessary due to the intermittent schedules and obligations of undersigned counsel, and to further investigate potential defenses to the Complaint in light of the Court's Opinion and Order, as well as those defenses or argument that were not addressed in Defendant's Motion to Dismiss.

4. Plaintiffs do not oppose Defendant's requested extension.

5.      The parties seek to document this extension via this Stipulation and Order and respectfully request that the Court enter the below Order consistent with the Stipulation.

STIPULATED AND AGREED:

| LIDDLE SHEETS COULSON, P.C. | BARNES & THORNBURG LLP |
|---|---|
| By: */s/ Laura L. Sheets (w/ permission)* <br>    Laura L. Sheets <br>    Steven D. Liddle <br>    Matthew Z. Robb <br>    lsheets@lsccounsel.com <br>    sliddle@lsccounsel.com <br>    mrobb@lsccounsel.com <br>    *Attorneys for Plaintiffs* <br><br> Dated: July 20, 2023 | By: */s/ Anthony C. Sallah* <br>    Charles M. Denton (P33269) <br>    Anthony C. Sallah (P84136) <br>    171 Monroe Avenue, NW, Suite 1000 <br>    Grand Rapids, MI 49503 <br>    P: (616) 742-3930 <br>    F: (616) 742-3999 <br>    cdenton@btlaw.com <br>    asallah@btlaw.com <br><br>    -and- <br><br>    Mark P. Miller <br>    One North Wacker Drive, Suite 4400 <br>    Chicago, IL 60606-2833 <br>    Phone:  (312) 357-1313 <br>    Facsimile: (312) 759-5646 <br>    mmiller@btlaw.com <br>    *Attorneys for Defendant* <br><br> Dated: July 20, 2023 |

## **ORDER**

IT IS SO ORDERED.

Dated:  July 25, 2023

      /s/ Janet T. Neff
      HON. JANET T. NEFF
      United States District Judge