UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI CRAWFORD-JOHNSON, et al.,

    Plaintiffs,

v.                                           Case No. 1:20-cv-842

GRAPHIC PACKAGING                HON. JANET T. NEFF
INTERNATIONAL, LLC,

    Defendant.
_____/

## CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| Rule 26(a)(1) Disclosures | NOVEMBER 3, 2023 |
| Motions to Join Parties or Amend Pleadings | DECEMBER 1, 2023 |
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A))    Plaintiff:  Defendant: | JANUARY 15, 2024  FEBRUARY 15, 2024 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | Within 30 days of Rule 26(a)(2)(A) Disclosures |
| Supplement Voluntary Exchange of Documents | MARCH 22, 2024 |
| Completion of Discovery (Class Certification) | APRIL 24, 2024 |
| Interrogatories will be limited to: (Single Part Questions) | 30 single part questions |
| Depositions will be limited to: (Fact Witnesses Per Party) | 8 per party |
| Requests for Admission will be limited to: (Per Side) | 25 per side |
| Requests for Production of Documents will be limited to: (Per Side) | 30 per side |
| ADR To Take Place: | Within 60 Days of Court's Decision on Class Certification |

1. **JOINDER OF PARTIES AND AMENDMENTS OF PLEADINGS**:  All motions for joinder of parties and all motions to amend the pleadings must be filed by the date set forth in the table above.

2. **DISCLOSURES AND EXCHANGES**: Deadlines for exchange of Rule 26(a)(1) disclosures, names of lay witnesses, identification of experts, voluntary exchange of documents, and

disclosure of expert reports under Rule 26(a)(2), if applicable, are ordered as set forth in the table above.

3. <u>DISCOVERY</u>:  All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date.  Discovery shall proceed regardless of the motions pending before this court.  All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days before the close of discovery.  All depositions must be completed before the close of discovery.  Interrogatories will be limited as set forth in the table above.  Depositions will be limited as set forth in the table above.  There shall be no deviations from this order without prior approval of the court upon good cause shown.  Time limitations for depositions set forth in Rule 30(d)(1) apply to this case.

4. <u>SETTLEMENT CONFERENCE</u>: The parties are under an ongoing obligation to engage in good faith settlement negotiations.  No settlement conference has been scheduled at this time.

Dated: September 7, 2023         /s/ Janet T Neff
                                 JANET T. NEFF
                                 UNITED STATES DISTRICT JUDGE