UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI CRAWFORD-JOHNSON, ET AL.,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

GRAPHIC PACKAGING
INTERNATIONAL, LLC,

    Defendant.

Case No. 1:20-cv-00842-JTN-SJB

HON. JANET T. NEFF

## STIPULATION AND ORDER FOR AMENDMENT OF CASE MANAGEMENT DEADLINES

    Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate that certain deadlines from the Court's September 7, 2023 Case Management Order, be amended. In support of this stipulation, the Parties state as follows:

    1.    On September 6, 2023, the Parties appeared before the Court for a Rule 16 Scheduling Conference.

    2.    On September 7, 2023, the Court entered a Case Management Order, which set the following deadlines for class certification related discovery (ECF No. 72):

| | |
|---|---|
| Rule 26(a)(1) Disclosures | NOVEMBER 3, 2023 |
| Motions to Join Parties or Amend Pleadings | DECEMBER 1, 2023 |
| Disclose Name, Address, Area of Expertise and Plaintiff:<br>provide a short summary of expected testimony<br>Defendant: of all testifying experts (Rule 26(a)(2)(A)) | JANUARY 15, 2024<br>FEBRUARY 15, 2024 |
| Disclosure of<br>Expert Witness<br>Reports (Rule<br>26(a)(2)(B)) | Within 30 days of Rule 26(a)(2)(A) Disclosures |
| Supplement Voluntary Exchange of Documents | MARCH 22, 2024 |
| Completion of Discovery (Class Certification) | APRIL 24, 2024 |

1

| | |
|---|---|
| ADR To Take Place: | Within 60 Days of Court's Decision on Class Certification |

3. The Parties each served initial disclosures on November 3, 2023.

4. Both Parties served their first sets of written discovery requests on November 28, 2023. (ECF Nos. 76, 77). The parties are in the process of exchanging relevant documents.

5. On January 15, 2024, Plaintiff served its initial expert disclosures pursuant to Rule 26(a)(2)(A) and the Court's Case Management Order.

6. The Parties have conferred and agree that documentary and other discovery efforts will be necessary to provide fulsome expert reports, and adequately inform the experts, regarding issues related to class certification. The Parties also agree that expert depositions will be necessary prior to class certification briefing.

7. The Parties have conferred and further agree that additional time will be required to permit the Parties to fully exchange discovery, and to inform their experts with such discovery, prior to expert report submissions and briefing on the issue of class certification.

8. Further, the Parties agree that certain deadlines should be set to establish a class certification briefing schedule.

9. Accordingly, the Parties request that the Court enter a scheduling order with the following deadlines:

| Event | New Deadline | Prior Deadline |
|---|---|---|
| Completion of Discovery (Class Certification) | May 24, 2024 | April 24, 2024 |
| Plaintiffs' Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | June 14, 2024 | February 14, 2024 |
| Defendant's Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | July 12, 2024 | March 16, 2024 |
| Completion of Expert Discovery (Class Certification) | August 9, 2024 | N/A |
| Plaintiffs' Motion for Class Certification Due | August 30, 2024 | N/A |
| Defendant's Response in Opposition to Class Certification Due | September 27, 2024 | N/A |

| Plaintiffs' Reply in Support of Class Certification Due | October 11, 2024 | N/A |

10.     The Parties stipulate to the proposed amended schedule above, and neither Party will be prejudiced by the modest requested extensions and amendments to the Case Management Order.

11.     As to all issues and deadlines not addressed in the proposed amended Case Management Order outlined in Paragraph 9 above, the Court's prior September 7, 2023 Case Management Order shall govern.

12.     The Parties seek to document these extensions and amendments via this Stipulation and Order and respectfully request that the Court enter the below Order consistent with the Stipulation.

STIPULATED AND AGREED:

| LIDDLE SHEETS COULSON, P.C. | BARNES & THORNBURG LLP |
|---|---|
| By: */s/ Laura L. Sheets*<br>Laura L. Sheets<br>Steven D. Liddle<br>Matthew Z. Robb<br>lsheets@lsccounsel.com<br>sliddle@lsccounsel.com<br>mrobb@lsccounsel.com<br>*Attorneys for Plaintiffs*<br><br>Dated: February 19, 2024 | By: */s/ Anthony C. Sallah (with permission)*<br>Charles M. Denton (P33269)<br>Anthony C. Sallah (P84136)<br>171 Monroe Avenue, NW, Suite 1000<br>Grand Rapids, MI 49503<br>P: (616) 742-3930<br>F: (616) 742-3999<br>cdenton@btlaw.com<br>asallah@btlaw.com<br><br>*Attorneys for Defendant*<br><br>Dated: February 19, 2024 |

**ORDER**

IT IS SO ORDERED.

Dated: February 20, 2024

/s/ Janet T. Neff
HON. JANET T. NEFF
United States District Judge