UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI CRAWFORD–JOHNSON, et al.,

       Plaintiffs,                    Case No. 1:20–cv–00842–RJJ–SJB

   v.                                  Hon. Robert J. Jonker

GRAPHIC PACKAGING
INTERNATIONAL, LLC,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:              December 2, 2024   03:00 PM
Judge:                    Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI

*The status conference will be held in person.*

                                                    ROBERT J. JONKER
                                                    United States District Judge

Dated:  October 24, 2024        By:   /s/ Stephanie Carpenter_____
                                                     Case Manager