UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI CRAWFORD-JOHNSON et al.,

    Plaintiffs,

v.

GRAPHIC PACKAGING INTERNATIONAL, LLC,

    Defendant.
_____/

Case No. 1:20-cv-842

HON. ROBERT J. JONKER

## **ORDER**

The parties shall inform that Court no later than **December 31, 2024**, as to whether they agree to engage in mediation, or some other alternative dispute resolution process, before the Court resolves pending motions.

IT IS SO ORDERED.

Dated:  December 4, 2024

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE