# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRANDI CRAWFORD-JOHNSON, ET AL.,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

GRAPHIC PACKAGING
INTERNATIONAL, LLC,

    Defendant.

Case No. 1:20-cv-00842-RJJ-SJB

## JOINT STATUS REPORT

The Parties have been engaging in settlement discussions and believe that with some additional time, may be able to reach an agreement. The Parties therefore respectfully request that the Status Hearing scheduled for 11AM on July 11, 2025 be adjourned for 10 days.

| LIDDLE SHEETS, P.C. | BARNES & THORNBURG LLP |
|---|---|
| By: */s/ Matthew Z. Robb (w/ permission)*<br>   Laura L. Sheets<br>   Steven D. Liddle<br>   Matthew Z. Robb<br>   lsheets@lsclassaction.com<br>   sliddle@lsclassaction.com<br>   mrobb@lsclassaction.com<br>   *Attorneys for Plaintiffs*<br><br>Dated: July 8, 2025 | By: */s/ Anthony C. Sallah*<br>   Charles M. Denton (P33269)<br>   Anthony C. Sallah (P84136)<br>   171 Monroe Avenue, NW, Suite 1000<br>   Grand Rapids, MI 49503<br>   P: (616) 742-3930<br>   F: (616) 742-3999<br>   cdenton@btlaw.com<br>   asallah@btlaw.com<br><br>   -and-<br><br>   Mark P. Miller<br>   One North Wacker Drive, Suite 4400<br>   Chicago, IL 60606-2833<br>   Phone: (312) 357-1313<br>   mmiller@btlaw.com<br>   *Attorneys for Defendant* |