# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRANDI CRAWFORD-JOHNSON, ET AL.,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

GRAPHIC PACKAGING
INTERNATIONAL, LLC,

    Defendant.

Case No. 1:20-cv-00842-RJJ-SJB

## JOINT NOTICE OF SETTLEMENT

    Plaintiffs Brandi Crawford-Johnson, James King, Kevin Fannin, and Cejuwon McFerrin ("Plaintiffs"), and Defendant Graphic Packaging International, LLC ("Defendant"), by and through their respective counsel of record, hereby provide notice to the Court that a settlement in principle has been reached to finally resolve this action on an individual basis without the need for further litigation.

    The Parties have been engaged in settlement negotiations over the course of weeks and are pleased to report that, pending agreement upon specific terms, no further litigation will be necessary. While the Parties had prepared and nearly finalized a Joint Status Report to address the Court's inquiries (ECF 141) in advance of the Status Conference set for July 11, 2025 at 2:00 p.m., the Parties believe that the agreement in principle to resolve the case renders further case management efforts unnecessary.

    Accordingly, in the interest of judicial efficiency and to avoid additional costs on the Parties, the Parties respectfully request that: (1) the Court permit 30 days to draft and execute

mutually acceptable terms for settlement before submitting a Notice of Dismissal pursuant to Fed. R. Civ. P. Rule 41, and (2) that the scheduled July 11, 2025 Status Conference be vacated.

Date: July 10, 2025                                   Respectfully Submitted,

LIDDLE SHEETS, P.C.                                   BARNES & THORNBURG LLP

By: */s/ Matthew Z. Robb*                             By: */s/ Anthony C. Sallah*
    Laura L. Sheets                                          Charles M. Denton (P33269)
    Steven D. Liddle                                          Anthony C. Sallah (P84136)
    Matthew Z. Robb                                           171 Monroe Avenue, NW, Suite 1000
    lsheets@lsclassaction.com                                 Grand Rapids, MI 49503
    sliddle@lsclassaction.com                                 P: (616) 742-3930
    mrobb@lsclassaction.com                                   F: (616) 742-3999
    *Attorneys for Plaintiffs*                                cdenton@btlaw.com
                                                          asallah@btlaw.com

Dated: July 10, 2025                                  -and-

                                                                                          Mark P. Miller
                                                                                           One North Wacker Drive, Suite 4400
                                                                                           Chicago, IL 60606-2833
                                                                                           Phone: (312) 357-1313
                                                                                           mmiller@btlaw.com
                                                                                           *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, a copy of this Joint Notice of Settlement was served by electronic mail to the following counsel of record for Defendant:

Charles M. Denton
Anthony C. Sallah
Mark P. Miller
**BARNES & THORNBURG LLP**
171 Monroe Avenue, NW,
Suite 1000
Grand Rapids, MI 49503
cdenton@btlaw.com
asallah@btlaw.com
mmiller@btlaw.com

              */s/ Matthew Z. Robb*
              Matthew Z. Robb