UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDI CRAWFORD-JOHNSON et al.,

        Plaintiffs,

v.

GRAPHIC PACKAGING INTERNATIONAL, LLC,

        Defendant.
_____/

Case No. 1:20-cv-842

HON. ROBERT J. JONKER

# ORDER

The parties report a settlement in principle. ECF No. 146. They request 30 days to complete the paperwork and file a stipulation of dismissal. They also ask the Court to cancel the Rule 16 set for tomorrow.

After reviewing all matters of record, it appears the parties have reached an agreement that resolves all remaining claims in the case without the need for further review or action by the Court beyond entry of a stipulated order of dismissal.

Accordingly, IT IS ORDERED that the parties submit the stipulation of dismissal not later than August 11, 2025. Failure to do so may result in dismissal of the matter for lack of progress. The Rule 16 set for tomorrow, July 11 at 2:00pm, is CANCELLED.

IT IS SO ORDERED.

Dated:  July 10, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE