IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRANDI CRAWFORD-JOHNSON, *et al.*, on behalf of themselves and all others similarly situated, <br><br>  Plaintiffs, <br><br> vs. <br><br> GRAPHIC PACKAGING INTERNATIONAL, LLC., <br><br>  Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:20-cv-00842-JTN-SJB <br> ) <br> ) <br> ) Hon. Robert J. Jonker <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION TO EXTEND DEADLINE TO SUBMIT STIPULATION OF DISMISSAL

Plaintiffs Brandi Crawford-Johnson, James King, Kevin Fannin, and Cejuwon McFerrin ("Plaintiffs"), and Defendant Graphic Packaging International, LLC ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate and request that the Court permit a 28-day extension to submit a stipulation of dismissal. In support of this Stipulation, the Parties as follows:

1. On July 10, 2025, the Parties submitted a Notice of Settlement, reporting that a settlement in principle has been reached but that the specific drafts and terms of the agreement needed to be drafted, prior to execution. (ECF No. 146).

2. In response to this notice, on July 10, 2025, the Court ordered that the Parties submit a stipulation of dismissal by August 11, 2025.

3. Since that time, Counsel for the Parties have agreed on the terms of a final written agreement to fully resolve the litigation. However, despite the diligent efforts of Counsel to communicate with all involved parties to the agreement, more time is required in order to fully

1

execute the agreement prior to submitting a stipulation of dismissal.

4. There is good cause for the requested extension. No party will be prejudiced, and no delay to the litigation will occur due to the requested extension.

5. Accordingly, the Parties stipulate that the Court enter the order below granting leave for the Parties to submit a stipulation of dismissal by September 8, 2025.

Date: July 10, 2025                                                    Respectfully Submitted,

STIPULATED AND AGREED BY:

| LIDDLE SHEETS, P.C. | BARNES & THORNBURG LLP |
|---|---|
| By: */s/ Matthew Z. Robb* <br> Laura L. Sheets <br> Steven D. Liddle <br> Matthew Z. Robb <br> lsheets@lsclassaction.com <br> sliddle@lsclassaction.com <br> mrobb@lsclassaction.com <br> *Attorneys for Plaintiffs* <br><br> Dated: July 10, 2025 | By: */s/ Anthony C. Sallah* <br> Charles M. Denton (P33269) <br> Anthony C. Sallah (P84136) <br> 171 Monroe Avenue, NW, Suite 1000 <br> Grand Rapids, MI 49503 <br> P: (616) 742-3930 <br> F: (616) 742-3999 <br> cdenton@btlaw.com <br> asallah@btlaw.com <br><br> -and- <br><br> Mark P. Miller <br> One North Wacker Drive, Suite 4400 <br> Chicago, IL 60606-2833 <br> Phone: (312) 357-1313 <br> mmiller@btlaw.com <br> *Attorneys for Defendant* |

# **ORDER**

Pursuant to the attached stipulation, IT IS SO ORDERED.

Dated: August 8, 2025     /s/ Robert J. Jonker
                          HON. ROBERT J. JONKER
                          United States District Judge