# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

BRANDI CRAWFORD-JOHNSON, ET AL., on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

GRAPHIC PACKAGING INTERNATIONAL, LLC,

    Defendant.

Case No. 1:20-cv-00842-RJJ-SJB

HON. ROBERT J. JONKER

---

## STIPULATION FOR ORDER OF DISMISSAL OF ACTION

---

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs, by and through their counsel, and as stipulated by the Parties, hereby stipulate to dismissal of the Complaint and all claims that were or could have been brought in this action with prejudice and without costs, and ask the Court to enter an order effecting that dismissal.

Dated: August 22, 2025

Stipulated and agreed to by:

| | |
|---|---|
| */s/ Matthew Z. Robb* | */s/ Anthony Sallah.* |
| Laura L. Sheets | Anthony Sallah |
| **LIDDLE SHEETS P.C.** | **Barnes & Thornburg LLP** |
| 975 E. Jefferson Avenue | 171 Monroe Ave NW # 1000 |
| Detroit, MI 48207 | Grand Rapids, Michigan 49503 |
| Telephone: (313) 392-0015 | Telephone: (616) 742-3930 |
| Lsheets@lsclassaction.com | Anthony.Sallah@btlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**IT IS SO ORDERED:**

Dated: <u>August 26, 2025</u>

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE